IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA, and )
THE CITY OF OMAHA,            )
                              )
            Plaintiffs,       )         8:09CV194
                              )
       v.                     )
                              )
AMERICAN LABORATORIES, INC.,  )         ORDER
Omaha, Nebraska,              )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the joint stipulation terminating consent decree (Filing No. 7). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.

2) As agreed by the parties, the consent decree is terminated.

DATED this 26th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior
United States District Court